PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE ARNOFF, | ) | |
| | ) | CASE NO. 5: 26-cv-2244 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| DAVID PATTERSON, | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

*Pro se* Plaintiff Bruce Arnoff, an Ohio prisoner, has filed a civil complaint for legal malpractice in this case against Defendant David Patterson. (ECF No. 1). He did not pay the filing fee, but instead, filed a motion to proceed *in forma pauperis*. (ECF No. 2).

Pursuant to 28 U.S.C. § 1915(g), a prisoner is prohibited from bringing a civil action or appealing a judgment in a civil action *in forma pauperis* "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Plaintiff has, on at least three prior occasions while incarcerated or detained, filed a civil action in federal court that was dismissed for frivolousness, maliciousness, or failure to state a claim. *See Arnoff v. State of Ohio*, No. 4: 25-cv-2632, slip op. 2 (N.D. Ohio Mar. 23, 2026) (showing that "[o]n at least six prior occasions since his incarceration, [Plaintiff's] lawsuits have been dismissed for frivolousness, maliciousness, or failure to state a claim."). And his pleading does not plausibly

suggest he was in "imminent danger of serious physical injury" at the time he filed his complaint. Accordingly, Plaintiff's motion to proceed *in forma pauperis* in this case (ECF No. 2) is denied pursuant to § 1915(g), and this action is dismissed and closed. If Plaintiff wishes to proceed with this case, he must pay the full filing fee of $405 and a motion to re-open within 30 days of the date of this order. The Clerk's Office is directed not to accept any motion to re-open, or any additional documents for filing in this case, unless the full filing fee is first paid.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

October 29, 2026
Date

/s/ *Benita Y. Pearson*
Benita Y. Pearson
United States District Judge